# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# EASTERN DIVISION

**UNITED STATES OF AMERICA**

**v.**  CRIMINAL CASE NO. 2:19-cr-28-KS-MTP

**SHAHJAHAN SULTAN, M.D.**

## ORDER FOR INTERLOCUTORY SALE OF PROPERTY

Before this Court is the Joint Motion for Interlocutory Sale of Property [ECF No. 83] by Plaintiff United States of America and Defendant Shahjahan Sultan, M.D., seeking authorization to complete the interlocutory sale of the property described as **One (1) 2014 Mercedes-Benz G550, VIN: WDCYC3HF1EX224651 (20-FBI-000925)** (hereafter **"G550"**) in order to preserve and protect presently existing equity in **G550**.

Having read and considered the Joint Motion and attached Agreement, the Court finds that it is well taken and should be GRANTED.

IT IS HEREBY ORDERED that the parties conduct the referenced sale according to the procedures specified in the Agreement.

SO ORDERED, this _5th_ day of _December_, 2019.

    ___s/Keith Starrett_____
    KEITH STARRETT
    UNITED STATES DISTRICT JUDGE