IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

UNITED STATES OF AMERICA

VS.                                                CRIMINAL CASE NO. 2:19-cr-28-KS-MTP

SHAHJAHAN SULTAN, M.D.

## ORDER

THIS CAUSE IS BEFORE THE COURT on Unopposed Motion for Extension of Stay [85] filed by Shahjahan Sultan. The Court finds that the Motion is unopposed and will be GRANTED. The defendant will be allowed to remain at his parents' home at 3510 Coventry Court Drive, Ellicott City, Maryland 21042 until such times as he is required to appear before the Court for any matters involving his case. The terms and conditions of his supervision are to remain the same except that he will be supervised under the plan administered jointly by the Probation Services in the Southern District of Mississippi and the District of Maryland.

SO ORDERED this the __12th__ day of December, 2019.

                                                     ___s/Keith Starrett___
                                                     UNITED STATES DISTRICT JUDGE